Erika Heath (SBN 304683)
ERIKA HEATH, ATTORNEY AT LAW
351 California St., Ste. 700
San Francisco, CA 94104
Tel.:    (415) 426-7850
erika@heathlegal.com

Attorney for Plaintiff
JASON ZIMMERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON ZIMMERMAN, | Civil Action No. 3:25-cv-10164-VC |
| Plaintiff, | **JOINT STIPULATION TO EXTEND ADR DEADLINE; [PROPOSED] ORDER** |
| v. | |
| BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jason Zimmerman, and Defendants Bank of America, N.A. ("BANA"); Equifax Information Services, LLC ("Equifax"); Experian Information Solutions, Inc. ("Experian"); and Trans Union, LLC ("Trans Union, LLC"), through their respective counsel of record, as follows:

WHEREAS, this case was commenced by Plaintiff on November 24, 2025 (ECF 1);

WHEREAS, the Court issued a scheduling order on March 20, 2026, giving the parties 90 days to complete mediation, giving the parties a deadline of June 22, 2026, to complete the ADR process (ECF 44);

WHEREAS, Hanifa Baporia was appointed as mediator on April 16, 2026 (ECF 45)

WHEREAS, the parties participated in a pre-mediation call with Ms. Baporia on April 28,

- 1 -

2026, and agreed to a mediation date of June 16, 2026;

WHEREAS, as that date approached, most defendants have brought in new counsel (ECF 46 (Trans Union), 48 (Equifax), 53, 54 (Experian),) some of whom have scheduling conflicts with the June 16 date;

WHEREAS, the parties have all agreed that the date of July 9, 2026, can be accommodated, and such date has also been approved by the mediator;

THE PARTIES HAVE STIPULATED that:

The ADR deadline in the case should be extended by 30 days, until July 22, 2026.


Dated: June 16, 2026

**ERIKA HEATH, ATTORNEY AT LAW**

/s/ Erika Heath
Erika Heath (SBN 304683)
351 California St., Ste. 700
San Francisco, CA 94104
Tel.:   (415) 426-7850
erika@heathlegal.com

Attorney for Plaintiff
Jason Zimmerman


**MCGUIREWOODS LLP,**

/s/ Deleyla A. Lawrence
Deleyla A. Lawrence (SBN 284562)
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Tel.:  310.315.8200
dlawrence@mcguirewoods.com

Attorney for Defendant
Bank of America, N.A.

Respectfully submitted,

**SEYFARTH SHAW LLP**

/s/ Jennifer Brooks
Jennifer Brooks (SBN 305219)
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
Tel.:   (469) 608-6730
jrbrooks@seyfarth.com

Attorney for Defendant
Equifax Information Services, LLC


**GOODWIN PROCTOR LLP,**

/s/Andrew W. Hudlow
Andrew W. Hudlow (SBN 359437)
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.:   (415) 733-6000
Ahudlow@goodwinlaw.com

Attorney for Defendant
Experian Information Solutions, Inc.

- 2 -
JOINT STIPULATION TO EXTEND ADR DEADLINE

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.,**

*/s/ Jennifer Phelps*
Jennifer M. Phelps (SBN 210746)
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Tel.:    (317) 497-5600, Ext. 613
jennifer.phelps@qslwm.com

*Attorney for Defendant*
*Trans Union, LLC*

## L.R. 5-1(i)(3) ATTESTATION

    Pursuant to L.R. 5-1(i)(3) regarding signatures, I,  __Erika A. Heath_____ , attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Erika Heath*
Erika Heath

- 3 -

JOINT STIPULATION TO EXTEND ADR DEADLINE

## [PROPOSED] ORDER

Having considered the parties' joint stipulation to extend ADR deadline, and for good cause shown, the Court hereby GRANTS the stipulation.

The deadline to complete the ADR process is extended by an additional 30 days, until July 22, 2026.

Date: _____

_____
HON. VINCE CHHABRIA
United States District Judge

- 4 -

JOINT STIPULATION TO EXTEND ADR DEADLINE