Erika Heath (SBN 304683)
ERIKA HEATH, ATTORNEY AT LAW
351 California St., Ste. 700
San Francisco, CA 94104
Tel.:   (415) 426-7850
erika@heathlegal.com

Attorney for Plaintiff
JASON ZIMMERMAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JASON ZIMMERMAN,<br><br>         Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC;<br><br>         Defendants. | Civil Action No. 3:25-cv-10164-VC<br><br>**JOINT STIPULATION TO EXTEND ADR DEADLINE; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jason Zimmerman, and Defendants Bank of America, N.A. ("BANA"); Equifax Information Services, LLC ("Equifax"); Experian Information Solutions, Inc. ("Experian"); and Trans Union, LLC ("Trans Union, LLC"), through their respective counsel of record, as follows:

WHEREAS, this case was commenced by Plaintiff on November 24, 2025 (ECF 1);

WHEREAS, the Court issued a scheduling order on March 20, 2026, giving the parties 90 days to complete mediation, giving the parties a deadline of June 22, 2026, to complete the ADR process (ECF 44);

WHEREAS, Hanifa Baporia was appointed as mediator on April 16, 2026 (ECF 45)

WHEREAS, the parties participated in a pre-mediation call with Ms. Baporia on April 28,

- 1 -
JOINT STIPULATION TO EXTEND ADR DEADLINE

2026, and agreed to a mediation date of June 16, 2026;

WHEREAS, as that date approached, most defendants have brought in new counsel (ECF 46 (Trans Union), 48 (Equifax), 53, 54 (Experian),) some of whom have scheduling conflicts with the June 16 date;

WHEREAS, the parties have all agreed that the date of July 9, 2026, can be accommodated, and such date has also been approved by the mediator;

THE PARTIES HAVE STIPULATED that:

The ADR deadline in the case should be extended by 30 days, until July 22, 2026.

Dated: June 16, 2026

**ERIKA HEATH, ATTORNEY AT LAW**

/s/ Erika Heath
Erika Heath (SBN 304683)
351 California St., Ste. 700
San Francisco, CA 94104
Tel.:   (415) 426-7850
erika@heathlegal.com

*Attorney for Plaintiff*
*Jason Zimmerman*

Respectfully submitted,

**SEYFARTH SHAW LLP**

/s/ Jennifer Brooks
Jennifer Brooks (SBN 305219)
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
Tel.:   (469) 608-6730
jrbrooks@seyfarth.com

*Attorney for Defendant*
*Equifax Information Services, LLC*

**MCGUIREWOODS LLP,**

/s/ Deleyla A. Lawrence
Deleyla A. Lawrence (SBN 284562)
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Tel.:  310.315.8200
dlawrence@mcguirewoods.com

*Attorney for Defendant*
*Bank of America, N.A.*

**GOODWIN PROCTOR LLP,**

/s/Andrew W. Hudlow
Andrew W. Hudlow (SBN 359437)
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.:   (415) 733-6000
Ahudlow@goodwinlaw.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

- 2 -

JOINT STIPULATION TO EXTEND ADR DEADLINE

**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.,**

*/s/ Jennifer Phelps*
Jennifer M. Phelps (SBN 210746)
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Tel.:    (317) 497-5600, Ext. 613
jennifer.phelps@qslwm.com

*Attorney for Defendant*
*Trans Union, LLC*

## L.R. 5-1(i)(3) ATTESTATION

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, __Erika A. Heath_____, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Erika Heath*
Erika Heath

JOINT STIPULATION TO EXTEND ADR DEADLINE

# [PROPOSED] ORDER

Having considered the parties' joint stipulation to extend ADR deadline, and for good cause shown, the Court hereby GRANTS the stipulation.

The deadline to complete the ADR process is extended by an additional 30 days, until July 22, 2026.

Date: June 17, 2026

_____
HON. VINCE CHHABRIA
United States District Judge

- 4 -

JOINT STIPULATION TO EXTEND ADR DEADLINE